# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| Gabriella Jones | **Case No. 3:25-cv-00181** |
| v. | Jury Trial Demanded |
| OMKARESHWAR L.L.C. d/b/a MENCHIE'S FROZEN YOGURT | |

## PLAINTIFF'S NOTICE OF APPEARANCE

CLERK OF THE COURT:

Plaintiff hereby gives notice to the Court and all opposing parties that Alvin. A. Adjei is entering his appearance in this matter as counsel for Plaintiff. Mr. Adjei is admitted to practice in the Southern District Court and his contact information is as follows:

Alvin A. Adjei
TX Bar No. 24082259
Southern District. Bar No. 2985474
**HKM EMPLOYMENT ATTORNEYS LLP**
1201 Fannin Street, Suite 202
Houston, TX 77002
Telephone: (832) 446-9403
Facsimile: (832) 446-9403
aadjei@hkm.com

2

Respectfully submitted,

*/s/ Alvin Adjei*
Alvin Adjei
Taylor A. Jones
**HKM EMPLOYMENT ATTORNEYS LLP**
1201 Fannin Street, Suite 202
Houston, TX 77002
Telephone: (832) 356-2684
Facsimile: (832) 356-2684
aadjei@hkm.com
tjones@hkm.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      I certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to parties and/or their counsel of record.

                                                    */s/ Alvin Adjei*
                                                    **Alvin Adjei**